UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| MICHAEL ANGELO COLLAZO, | |
| Plaintiff, | Civil Action No. 14-210 |
| v. | ORDER |
| TREVOR WINGARD, *et al.*, | |
| Defendants. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation;

(2) The Petition for Writ of Habeas Corpus is **DENIED**;

(3) A Certificate of Appealability is **DENIED**;

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATED this 28th day of April, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE